# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  09-cr-00069-REB-01 |
| JOHNNY CORTEZ<br>a/k/a Cortez Locote | USM Number:  36160-013 |
| | Edward Pluss, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation 1, 2, 3, 4, 5 and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Notify Probation Officer of Change of Address | 10/25/11 |
| 2 | Possession and Use of a Controlled Substance | 09/08/11 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

March 2, 2012
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

March 6, 2012
Date

DEFENDANT:  JOHNNY CORTEZ a/k/a Cortez Locote
CASE NUMBER:  09-cr-00069-REB-01                                                                Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Possession and Use of a Controlled Substance | 09/21/11 |
| 4 | Possession and Use of a Controlled Substance | 09/30/11 |
| 5 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 10/26/11 |
| 6 | Failure to Provide Random Urine Tests As Required | 10/25/11 |

DEFENDANT:  JOHNNY CORTEZ a/k/a Cortez Locote
CASE NUMBER:  09-cr-00069-REB-01                                                                 Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The Court recommends that the Bureau of Prisons credit defendant with time spent in official detention prior to sentencing.

The Court recommends that the Bureau of Prisons designate the defendant to a correctional facility within the State and District of Colorado, preferably in the Denver metro area.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  JOHNNY CORTEZ a/k/a Cortez Locote
CASE NUMBER:  09-cr-00069-REB-01                                                                       Judgment-Page 4 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of thirty (30) months.

The defendant must report to the probation office in the district to which he is released within 72 hours of his release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

DEFENDANT:  JOHNNY CORTEZ a/k/a Cortez Locote
CASE NUMBER:  09-cr-00069-REB-01                                                                 Judgment-Page 5 of 5

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant shall receive any treatment, therapy, counseling, testing, or education indicated for either alcohol or drug abuse; he shall abstain from the use of alcohol or other intoxicants during the course of any such treatment therapy, counseling, testing, or education; that to ensure continuity of treatment, the probation department is authorized to release all records of the defendant including the original pre-sentence report and now the supervised violation report to any person or entity involved in or responsible for his treatment, therapy, counseling, testing, and education.

2) The defendant, at his own expense, shall participate in a cognitive behavioral program designed to change patterns of criminal behavior as approved by this probation officer until such time as the defendant is either released from the program by the probation officer or until he successfully completes that program; the probation department is authorized to release all relevant records concerning the defendant to any person involved in such a cognitive behavioral program.

3) The defendant shall not communicate, contact, or associate with members or associates of the Bessemer Spruce Loco gang and shall not contact, communicate or associate with any former co-conspirators including, but not limited to, Bernie Barela and Roman Gomez.

4) That the defendant shall not enter or remain within the city limits of Pueblo, Pueblo County, Colorado.